IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00397

ELOY H. ALMEIDA, individually and on behalf of the estate of LUIS ALMEIDA-PONCE,

        Plaintiff,

v.

RANDY MURR,
JOSEPH TRUJILLO,
WILLIAM CARR and
THE CITY AND COUNTY OF DENVER,

        Defendants.

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Motion to Dismiss the City and County of Denver, filed on November 2, 2005, it is

ORDERED that plaintiff's complaint and action against The City and County of Denver are dismissed with prejudice, each party to pay its own costs.

Dated: November 3rd, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge