IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00397-RPM

ELOY H. ALMEIDA, individually and on behalf of the estate of
LUIS ALMEIDA-PONCE,

        Plaintiff,

v.

RANDY MURR,
JOSEPH TRUJILLO, and
WILLIAM CARR and

        Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter having come before the Court on the Stipulation for Dismissal with Prejudice, filed May 9, 2006 (doc. 31), and the Court being fully advised, it is

ORDERED that this civil action is dismissed with prejudice, each party to pay its respective costs and fees incurred.

Dated: May 12th, 2006

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge